## Commonwealth *v.* Holmes, Appellant.

Submitted December 6, 1972. *Jonathan Miller,* Assistant Defender, *Dennis Kelly,* First Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James J. Wilson* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Huertas, Appellant.

Submitted December 4, 1972. *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James J. Wilson, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.